RECEIVED

JAN 1 4 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:25-cr-007 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| JACOB LAWSON BERTRAND, | ) | T. 18 U.S.C. § 1446A(b)(1) |
| | ) | T. 18 U.S.C. § 1446A(d)(4) |
| Defendant. | ) | T. 18 U.S.C. § 1467 |
| | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Receipt of Child Pornography)

From at least during or about July 6, 2024, and continuing to during or about October 31, 2024, the Southern District of Iowa, the defendant, JACOB LAWSON BERTRAND, knowingly received child pornography and attempted to receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely: digital computer files received on a black in color Samsung Galaxy S21 5G, Model: SM-G991U, Serial Number: R3CR60JNB5N, IMEI: 351024051826845—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and/or cellular phone.

1

The defendant's commission of the above-described offense occurred subsequent to the defendant's conviction in the United States District Court for the Southern District of Iowa, criminal number 3:14-cr-60, namely: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2), on or about March 3, 2016.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Possession of Child Pornography)**

On or about October 31, 2024, in the Southern District of Iowa, the defendant, JACOB LAWSON BERTRAND, knowingly possessed material–namely: a black in color Samsung Galaxy S21 5G, Model: SM-G991U, Serial Number: R3CR60JNB5N, IMEI: 351024051826845—that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer and/or cellular phone, and such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and/or cellular phone.

The defendant's commission of the above-described offense occurred subsequent to the defendant's conviction in the United States District Court for the Southern District of Iowa, criminal number 3:14-cr-60, namely: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2), on or about March 3, 2016.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Possession of Obscene Visual Representation of the Sexual Abuse of Children)**

On or about October 31, 2024, in the Southern District of Iowa, the defendant, JACOB LAWSON BERTRAND, knowingly possessed one or more visual depictions of any kind, including a drawing, cartoon, sculpture, or painting, namely: computer generated AI images, that depicts a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which is obscene.

This is a violation of Title 18, United States Code, Section 1466A(b)(1) and (d)(4).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offenses alleged in Counts 1 and 2 of this Indictment, the defendant, JACOB LAWSON BERTRAND, shall forfeit to the United States the defendant's interest in the following property:

A. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

B. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to:

A black in color Samsung Galaxy S21 5G, Model: SM-G991U, Serial Number: R3CR60JNB5N, IMEI: 351024051826845.

This is pursuant to Title 18, United States Code, Section 2253.

5

**THE GRAND JURY FURTHER FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offense alleged in Count 3 of this Indictment, the defendant, JACOB LAWSON BERTRAND, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, his interest in:

a. Any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, if the court, in its discretion so determines, taking into consideration the nature, scope, and proportionality of the use of the property in such offense.

This is pursuant to Title 18, United States Code, Section 1467.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Melisa K. Zaehringer
Assistant United States Attorney